# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA MARTIN and ANDREW MANDELL,<br><br>Plaintiffs,<br><br>v.<br><br>MARKCO A. VELAZQUEZ,<br><br>Defendant. | 3:20-cv-0563-MMD-CLB<br><br>**ORDER** |

Plaintiffs Amanda Martin and Andrew Mandell have filed an applications to proceed *in forma pauperis* in this action (ECF Nos. 1 and 1-1). In the applications, Plaintiffs listed minimal income and assets (*Id.*). For good cause appearing, plaintiffs' requests to proceed *in forma pauperis* (ECF Nos. 1 and 1-1) are **GRANTED**.

IT IS ORDERED that the clerk of the court shall file the complaint which has been unsealed pursuant to order ECF No. 8. The movants herein are permitted to maintain this action to conclusion without the necessity of prepayment of fees or costs or the giving of security therefor. This order granting *in forma pauperis* status shall not extend to the issuance of subpoenas at government expense.

IT IS FURTHER ORDERED that the clerk of the court shall issue summons to MARKCO A. VELAZQUEZ. The clerk shall deliver the summons a copy of the complaint to the U.S. Marshal for service. The clerk shall send Plaintiffs a service of process form (USM-285) for the Defendant. Plaintiffs shall have twenty (20) days in which to return to the required form USM-285 to the U.S. Marshal at 400 S. Virginia Street, 2nd Floor, Reno, Nevada 89501.

**DATED:** June 16, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**