**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| AMANDA MARTIN,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MARKCO VELAZQUEZ,<br><br>　　　　　　　　　Defendant. | Case No. 3:20-cv-00563-MMD-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**<br><br>[ECF No. 13] |

Before the Court is Defendant Markco Velazquez's ("Velazquez") motion to extend time to find a lawyer. (ECF No. 17.) Because Velazquez's answer is due on August 2, 2021, the Court construes Velazquez's motion as a motion to extend time to file an answer and **GRANTS** the motion. Velazquez did not request a date certain for his extension of time; therefore, the Court will grant Velazquez an extension of time to September 2, 2021 to file an answer or other responsive pleading. An answer or other responsive pleading shall be due on September 2, 2021 regardless of whether Velazquez has retained counsel or is representing himself *pro se*.

**DATED**: July 30, 2021　　.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**