DAVID OLSHAN, ESQ.
Nevada Bar No. 4126
COLLEEN YODER, ESQ.
Nevada Bar No. 15846C
NEVADA LEGAL SERVICES, INC.
204 Marsh Avenue
Reno, NV 89509
(775) 284-3491 Ext. 216
*Attorneys for Plaintiff/Martin: Amanda Martin*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** *ex rel.* **AMANDA MARTIN,** and **AMANDA MARTIN,** **Plaintiffs,** v. **MARKCO A. VELAZQUEZ,** **Defendant.** | **Case No.: 3:20-cv-00563-MMD-CLB** **DEFAULT JUDGMENT** |

This Court granted the Motion for Default Judgment (ECF #61) of Plaintiff/Relator, AMANDA MARTIN ["Martin"], on September 29, 2022, and ordered Martin to prepare the Order. ECF #62. In accordance with the Court's Order, judgment is hereby entered as follows:

(1) Judgment is entered against Defendant, MARKCO A. VELAZQUEZ, for violations of the False Claims Act. The United States Government is awarded $71,500 in civil penalties

1

and $39,591 in actual damages totaling $111,091.  Martin shall recover 30% of the civil penalties and damages awarded or $33,327.30.

(2) Judgment is entered against Defendant, MARKCO A. VELAZQUEZ, for failure to return Martin's security deposit or provide a written accounting.  Martin is awarded $2,600 under NRS 118A.242.

The Clerk of Court is directed to enter judgment accordingly and close this case.

**IT IS SO ORDERED.**

_____
**MIRANDA M. DU**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:** October 3, 2022